1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

11 LEE ARTHUR FORT,                          )   No. ED CV 14-412-VBF (PLA)
                                             )
12              Plaintiff,                   )   **ORDER ACCEPTING**
                                             )   **MAGISTRATE JUDGE'S**
13        v.                                 )   **SECOND REPORT AND**
                                             )   **RECOMMENDATION**
14 COUNTY OF SAN BERNARDINO                  )
   SHERIFF'S DEPARTMENT/WEST                 )
15 VALLEY DETENTION CENTER,                  )
                                             )
16              Defendants.                  )
                                             )
17 _____)

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, all the records and files

19 herein, and the magistrate judge's second report and recommendation.  The Court accepts the

20 recommendations of the magistrate judge.

21        ACCORDINGLY, IT IS ORDERED:

22        1.    The second report and recommendation is approved and accepted.

23        2.    Judgment shall be entered consistent with this order.

24        3.    The clerk shall serve this order and the judgment on all counsel or parties of record.

25                                          *Valerie Baker Fairbank*

26 DATED: September 8, 2014                  _____
                                            HONORABLE VALERIE BAKER FAIRBANK
27                                          SENIOR UNITED STATES DISTRICT JUDGE

28