# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| LEE ARTHUR FORT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN BERNARDINO SHERIFF'S DEPARTMENT/WEST VALLEY DETENTION CENTER,<br><br>　　　　Defendants. | No. ED CV 14-412-VBF (PLA)<br><br>**JUDGMENT** |

Pursuant to the order accepting the magistrate judge's second report and recommendation, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute and follow Court orders.

DATED: September 8, 2014

　　　　　　　　　　　　　　　　_Valerie Baker Fairbank_
　　　　　　　　　　　　　　　　HONORABLE VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE